

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENN-DION CORPORATION,<br>Plaintiff,<br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY OF NEW YORK and ENGLE MARTIN & ASSOCIATES, INC.<br>Defendant. | NO: **17 4634**<br><br>This document has been electronically filed. |

## CORPORATE DISCLOSURE STATEMENT

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation or publicly held corporation that owns 10% or more of its stock.

■ The nongovernmental corporate party, Great American Insurance Company of New York, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

American Financial Group, Inc.

**TIMONEY KNOX, LLP**

BY:   s/William Krekstein
WILLIAM KREKSTEIN, ESQUIRE
PA69149
MATTHEW B. MALAMUD, ESQUIRE
PA314040
400 MARYLAND DRIVE
FORT WASHINGTON, PA 19034
215-646-6000
215-646-0379 (fax)
wkrekstein@timoneyknox.com
mmalamud@timoneyknox.com
ATTORNEYS FOR DEFENDANTS

Dated: October  16 , 2017