IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENN-DION CORPORATION,<br><br>                 Plaintiff,<br><br>    v.<br><br>GREAT AMERICAN INSURANCE<br>COMPANY OF NEW YORK, et al.,<br><br>                 Defendants. | CIVIL ACTION<br>NO. 17-4634 |

## ORDER

**AND NOW**, this 15th day of July 2019, upon consideration of Plaintiff's Motion to Compel Production of Documents (Doc. No. 40), Defendant's Response in Opposition (Doc. No. 41), the arguments of counsel for the parties during the telephone conference with the Court held on June 13, 2019, and in accordance with an Opinion issued by the Court on this day, it is **ORDERED** that Plaintiff's Motion to Compel (Doc. No. 40) is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Defendant Great American Insurance Company of New York ("Great American") shall produce to Plaintiff the documentation containing reserve information related to Plaintiff's claims on or before **August 15, 2019**.

2. Defendant Great American shall produce to Plaintiff documentation it contends contains trade secrets and confidential proprietary information on or before **August 15, 2019.**

3. Plaintiff's Motion to Compel Great American to produce to Plaintiff documentation

containing the mental impressions of Defendant Engle Martin & Associates, Inc. employee Matthew Cericola is **DENIED.**

                        BY THE COURT:

                        /s/ Joel H. Slomsky
                        JOEL H. SLOMSKY, J.